UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH MANN PROPST, | CRIMINAL ACTION 1:08-CR-187-CAP-LTW |
| Movant, | CIVIL ACTION |
| v. | NO. 1:11-CV-3438-CAP |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**O R D E R**

This action is before the court on the report and recommendation of the magistrate judge [Doc. No. 177] and the objections thereto [Doc. No. 179].

The magistrate judge correctly addressed each of the grounds raised in Movant's § 2255, and this court agrees with the findings. In his objections, Movant simply reiterates the points he asserted in his amended motion to vacate [Doc. No. 162]. Based on the foregoing, the court receives the R&R with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this <u>21st</u> day of September, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge